ML:AXB
F. #2019R01050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | (18 U.S.C. § 2252(a)(4)(B)) |
| ERIC PAULINO, | Case No. 19-M-767 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

THOMAS THOMPSON, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about August 27, 2019, within the Eastern District of New York, the defendant ERIC PAULINO did knowingly and intentionally possess matter which contained one or more visual depictions, to wit: videos and images stored on an Apple iPhone XR, bearing IMEI number 353061100545339, that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Section 2252(a)(4)(B))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving the sexual exploitation of children. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On August 27, 2019, agents with the FBI's Violent Crimes Against Children Task Force executed a judicially-authorized warrant to search the premises known and described as 6343 Bunnecke Ct., Second Floor, Queens, New York 11385 (the "Premises"), and electronic devices found therein.[2] Previously, the FBI had developed information that the defendant ERIC PAULINO, using an online alias, had used the mobile payment service Venmo to make purchases from a known purveyor of child pornography.

3.      Agents executing the above-described search warrant encountered PAULINO at the Premises, at which time PAULINO made voluntary statements to the agents. PAULINO stated, in substance and in part, that he has downloaded and traded child

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] On August 21, 2019, United States Magistrate Judge Steven L. Tiscione issued a warrant authorizing the government to search the Premises for evidence, fruits and instrumentalities of violations of Title 18, United States Code, Sections 2252 and 2252A (possession, receipt and distribution of child pornography). See 19-MC-2146.

pornography using his mobile phone and that he has paid for child pornography on the Internet. PAULINO directed agents to the location of his mobile phone, an Apple iPhone XR bearing IMEI number 353061100545339, in a bedroom in the Premises and provided agents with the passcode for that device. A search of PAULINO's mobile phone revealed numerous videos and images of child pornography.

WHEREFORE, your deponent respectfully requests that the defendant ERIC PAULINO be dealt with according to law.

_____
THOMAS THOMPSON
Special Agent, Federal Bureau of Investigation

Sworn to before me this
27th day of August, 2019

_____
THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK